# United States Court of Appeals
## For the First Circuit

No. 06-2722

UNITED STATES OF AMERICA,
Appellee,

v.

SAMUEL BRISTOL-MÁRTIR,
Defendant, Appellant.

No. 06-2723

UNITED STATES OF AMERICA,
Appellee,

v.

CARLOS OLIVERAS-GONZÁLEZ,
Defendant, Appellant.

No. 06-2724

UNITED STATES OF AMERICA,
Appellee,

v.

FRANCISCO SANTIAGO-ALBINO,
Defendant, Appellant.

No. 06-2725

UNITED STATES OF AMERICA,
Appellee,

v.

OMAR MARRERO-CRUZ,
Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on June 26, 2009, is amended as follows:

On p. 7, line 5:  Delete the word "an."